UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x
Veronika Callirgos, individually and on behalf of all others similarly situated,

                        Plaintiff,

   -v.-

EOS USA INC d/b/a EOS CCA

                        Defendants.
---------------------------------------------------------------------------x

Civil Action No:
2:22-cv-1178

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 8, 2022

Respectfully Submitted,
/s/Christofer Merritt
Christofer Merritt
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
cmerritt@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

SO ORDERED.

s/ *Susan D. Wigenton*
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
Dated: July 11, 2022